NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARISA E. DIGGS,**
*Petitioner,*

v.

**DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,**
*Respondent.*

---

2010-3193

---

Petition for review of the Merit Systems Protection Board in case no. DC0752090594-I-1.

---

**ON MOTION**

---

**ORDER**

Upon consideration of Marisa E. Diggs' motion for a 15-day extension of time, until February 10, 2011, to file her informal brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 2 8 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Marisa E. Diggs
Matthew H. Solomson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 8 2011

JAN HORBALY
CLERK